B J FADEM, ESQ. (SBN 118819)*
*Certified Family Law Specialist – State Board of Specialization
RON NERIO, ESQ. (SBN 251228)
**LAW OFFICES OF B J FADEM & ASSOC., APC.**
111 N Market Street, Suite 910
San Jose, CA 95113
Tel. 408-280-1220
Fax 408-971-9940

Attorney for DANIEL CARLOS CHIRAMBERRO LARRATEGUI

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VALERIA EGUIGUREN LABORDE,<br><br>    Debtor. | Case No.: 14-26614-D-13G<br>D.C. No.: BJF-1<br><br>Chapter 13<br><br>NOTICE OF CREDITOR OBJECTION TO CONFIRMATION OF PLAN<br><br>Date: 10/21/14<br>Time: 10:00AM<br>Dept.: D<br>Court:<br>   Robert T. Matusi United States Courthouse<br>   501 I Street<br>   Sacramento, CA |

    Daniel Carlos Chiramberro Larrategui (hereinafter "Creditor"), has filed papers with the court objecting to confirmation of the above-referenced Debtor's plan.

NOTICE OF CREDITOR OBJECTION TO CONFIRMATION OF PLAN - 1

A hearing on this objection and confirmation of the plan will be held on **OCTOBER 21, 2014, at 10:00 AM at the U.S. Bankruptcy Court, 501 I Street, Sixth Floor, Courtroom 34, Sacramento, California.**

Pursuant to Local Rule 9014-1, no written response to the objection is necessary. Any opposition to the objection shall be heard at the hearing.

Failure of the responding party to appear may be deemed a waiver of any opposition to the granting of the motion.

LAW OFFICES OF BJ FADEM & ASSOC., APC.

Dated: 9/24/14 /s/ Ron Nerio_____
Ron Nerio, Esq.
Attorney for Creditor

NOTICE OF CREDITOR OBJECTION TO CONFIRMATION OF PLAN - 2