Filed 09/24/14                           Case 14-26614                              Doc 32

B J FADEM, ESQ. (SBN 118819)*
*Certified Family Law Specialist – State Board of Specialization
RON NERIO, ESQ. (SBN 251228)
**LAW OFFICES OF B J FADEM & ASSOC., APC.**
111 N Market Street, Suite 910
San Jose, CA 95113
Tel. 408-280-1220
Fax 408-971-9940

Attorney for DANIEL CARLOS CHIRAMBERRO LARRATEGUI

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VALERIA EGUIGUREN LABORDE,<br><br>    Debtor. | Case No.: 14-26614-D-13G<br>D.C. No.: BJF-1<br><br>Chapter 13<br><br>DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN<br><br>341 Meeting: 9/17/14<br>Confirmation Hearing: 10/21/14<br>Confirmation Time: 10:00AM<br>Confirmation Court:<br>   Robert T. Matusi United States Courthouse<br>   501 I Street<br>   Sacramento, CA<br><br>Judge: Hon. Robert S. Bardwill |

I, DANIEL CARLOS CHIRAMBERRO LARRATEGUI, declare and state the following:

DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN - 1

1. I am a Creditor herein.  The facts stated herein are within my personal knowledge and I further affirmatively state that, if sworn as a witness, I could and would competently testify thereto.

2. VALERIA EGUIGUREN LABORDE (hereinafter referred to as "Debtor) and I were married in Argentina. I obtained a child support order from the Court requiring Debtor to pay me. She has refused to do so and an arrears balance currently exists. I received the final court order from the Argentinean court regarding custody and child support of our minor child.

3. I am in the process of obtaining the Argentinian paperwork regarding the child support currently owed and will amend my petition once the document have been received and translated.

4. After our divorce, Debtor took our minor child from Argentina and retained the minor child in the United States illegally, fraudulently and in contravention of the Argentinian Court Order regarding child custody.

5. The District Attorney's Office and I instituted a kidnapping case against the Debtor in Superior Court in the County of Sacramento.

6. The Debtor removed the case to the United States District Court Eastern District of California, as case No. 2:13-cv-01175 JAM-EFB.

7. A bench trial regarding the abduction and kidnapping of the minor child was held on December 5, 2013.

8. In that proceeding the Court granted my petition to return the minor child to Argentina pursuant to the Hague Convention on the Civil Aspects of International Child Abduction

DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN - 2

of 1980 ("the Hague Convention"), implemented by the International Child Abduction Remedies Act of 1988 ("ICARA").

9. On or around May 22, 2014, the same Court awarded my request for attorney's fees and costs in the amount of $38,950.98 under Article 26 of the Hague Convention and 42 U.S.C. § 11607 of ICARA. See Exhibit A, Court Order.

10. On or about June 25, 2014, Debtor filed her Chapter 13 Plan ("Plan") which provides for payment to the Trustee in the sum of $175.00 per month for sixty (60) months. However, Debtor's Plan does not provide for the cure of the pre-petition child support arrears nor for the ongoing child support payments, and also fails to account for payments on the attorney fee award which was incurred during the litigation of the abduction and kidnapping of our minor child. See Exhibit B, Chapter 13 Plan.

11. I respectfully object to the Chapter 13 Plan filed by Debtor and request that it either be dismissed, or in the alternative that the plan payments be increased to account for the child support arrears, and the attorney's fees and costs awarded to me in the Hague proceeding.

12. This declaration was translated to me in Spanish prior to my execution.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on _September 23, 2014__, at _Buenos Aires____, Argentina, S.A.

/s/ Daniel Carlos Chiramnerro Larrategui_____
Daniel Carlos Chiramberro Larrategui,
Creditor

DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN - 3