1  B J FADEM, ESQ. (SBN 118819)*
   *Certified Family Law Specialist – State Board of Specialization
2  RON NERIO, ESQ. (SBN 251228)
3  **LAW OFFICES OF B J FADEM & ASSOC., APC.**
   111 N Market Street, Suite 910
4  San Jose, CA 95113
   Tel. 408-280-1220
5  Fax 408-971-9940
6
7  Attorney for DANIEL CARLOS CHIRAMBERRO LARRATEGUI

8  　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
9
10 　　　　　EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| In re | ) Case No.: 14-26614-D-13G |
|---|---|
| | ) D.C. No.: BJF-1 |
| VALERIA EGUIGUREN LABORDE, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Date: 10/21/14 |
| | ) Time: 10:00AM |
| | ) Dept.: D |
| | ) Court: |
| | )   Robert T. Matusi United States Courthouse |
| | )   501 I Street |
| | )   Sacramento, CA |

　　　I am not less than 18 years of age and not a party to the within case.  My business address is 111 N Market St., Suite 910, San Jose, CA 95113.  On, September 24, 2014, I served the following:

　　　　　**1.) NOTICE OF CREDITOR OBJECTION TO CONFIRMATION OF PLAN**
　　　　　**2.) CREDITOR OBJECTION TO CONFIRMATIONOF PLAN**
**3.) DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

CERTIFICATE OF SERVICE - 1

(x)  by first-class United States mail, postage pre-paid, at San Jose, California, on the date noted below and addressed as follows:

>RUSSELL D. GREER
>Chapter 13 Trustee
>PO Box 3051
>Modesto, CA 95353
>
>UNITED STATES TRUSTEE
>501 I Street
>Suite 7-500
>Sacramento, CA 95814
>
>VALERIA EGUIGUREN LABORDE
>691 Grand Teton Drive
>Tracy, CA 95377
>
>JOHN C. BREWER
>421 W. 11th Street, Suite 103
>Tracy, CA 95376

which includes all parties entitled to receive regularly mailed notices.  The Chapter 13 Trustee will receive such notice upon the electronic filing of this document.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed and mailed out on September 24, 2014, at San Jose, California.

　　DATED:  9/24/14　　　　　　　　　　　　　/s/ Claudia Flores
　　　　　　　　　　　　　　　　　　　　　　　Claudia Flores

CERTIFICATE OF SERVICE - 2